**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Vernon L. Henry** | Social Security number or ITIN **xxx–xx–5771** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17–82655**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vernon L. Henry

February 21, 2018

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                      United States Bankruptcy Court
                       Northern District of Illinois
```

In re:                                                          Case No. 17-82655-TML
Vernon L. Henry                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-3        User: admin              Page 1 of 1          Date Rcvd: Feb 21, 2018
                            Form ID: 318             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
```
db             +Vernon L. Henry,    1510 Muldoon Drive,    Rockford, IL 61103-1639
26180205        Bank of The West,    P.O. Box 2078,    Omaha, NE 68103-2078
26180208        GC Services Limited Partnership,    P.O. Box 1022,    Wixom, MI 48393-1022
26180212       +Lending Club Group,    71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
26180215       +RMH Pathologists LTD,    c/o Professional Billing,    6785 Weaver Road # D,
                 Rockford, IL 61114-8055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26180206        EDI: CAPITALONE.COM Feb 22 2018 01:18:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
26180207       +EDI: ESSL.COM Feb 22 2018 01:18:00      Dish Network,   P.O. Box 9033,
                 Littleton, CO 80160-9033
26180210        E-mail/Text: rev.bankruptcy@illinois.gov Feb 22 2018 01:59:33      IL Dept. of Revenue,
                 P.O. Box 64338,   Chicago, IL 60664-0338
26180209        E-mail/Text: rev.bankruptcy@illinois.gov Feb 22 2018 01:59:33      IL Dept of Revenue,
                 Bankruptcy, Bulk Sales & Probate,    100 W. Randolph St. L,   Chicago, IL 60601-3195
26180211        EDI: IRS.COM Feb 22 2018 01:18:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
26180213       +EDI: MERRICKBANK.COM Feb 22 2018 01:18:00      Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
26180214       +E-mail/Text: bankrup@aglresources.com Feb 22 2018 01:58:24      NiCor Gas Company,
                 P.O. Box 549,   Aurora, IL 60507-0549
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
```
              Jeffry A. Dahlberg    on behalf of Debtor 1 Vernon L. Henry ljekberg@balsleylawoffice.com,
               lisah@balsleylawoffice.com;chp13@balsleylawoffice.com;dahlbergjr59004@notify.bestcase.com
              Joseph D Olsen    Jolsenlaw@comcast.net, il46@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 3
```